UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY P LESTER,

              Plaintiff,

   v.

CAROLYN W COLVIN, Acting Commissioner of Social Security,

              Defendant.

CASE NO. 3:15-CV-05382-DWC

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 Court filing fee.

The Clerk of Court is directed to issue summonses submitted by Plaintiff to enable proper service of the complaint on the appropriate parties. **It is the responsibility of Plaintiff and Plaintiff's attorney to serve copies of the complaint along with the appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

Dated this 9th day of June, 2015.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge