UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY P. LESTER,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | CASE NO. 3:15-CV-05382-DWC<br><br>ORDER ON DEFENDANT'S STIPULATED MOTION FOR REMAND |

Presently before the Court is Defendant's Stipulated Motion for Remand. Dkt. 14. After reviewing Defendant's Stipulated Motion and the relevant record, the Court orders the following:

Defendant's Motion is granted, and the case is reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge (ALJ) shall hold a *de novo* hearing and issue a new decision. The ALJ shall reevaluate the claimant's residual functional capacity considering the credibility of Plaintiff's allegations and the medical source opinions of record, with legally sufficient reasons for the weight given to this evidence. If the sequential evaluation reaches step

1  five, the ALJ will make specific findings as to Plaintiff's vocational factors and, if needed, obtain
2  vocational expert testimony. The ALJ shall also take any other actions necessary to develop the
3  record. On remand, Plaintiff may also raise any issue and submit additional evidence in support
4  of his claim.
5        The parties agree that on proper motion the Court shall consider Plaintiff's application for
6  costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).
7        Dated this 5th day of November, 2015.

                                                 David W. Christel
                                                 United States Magistrate Judge

ORDER ON DEFENDANT'S STIPULATED
MOTION FOR REMAND - 2